# EXHIBIT A



Fix Your Stuff    Community    Store    💳 USD ▾    🔍 Search    /    🧰    🛒    EN    Join    Log In



Chris
Rep: 73

⚫ 2   💬 2

POSTED: OCT 19, 2014

▾ OPTIONS

# Resistance in right wheel/"error 5"

I've been getting the "Error 5 right" message on my Roomba 650. The right wheel seems to have twice the resistance of the left wheel. I took out the wheel module, opened it up and cleaned everything out. The problem persisted so I ordered a new wheel module. Still no luck. Then I noticed something very odd: the wheel has normal resistance when it's out of the Roomba but as soon as I lower it into place the resistance immediately doubles. Even with the battery removed this happens. I've very meticulously cleaned out the wheel well and it makes no difference. I've also cleaned the optical sensors and tried doing the Spot/Dock reset. Nothing. Any ideas??

| Answer this question | I have this problem too |

Is this a good question?    | YES | NO |    SCORE
5

COMMENTS:

💬 I have the same exact problem
Jan 24, 2015 by Kevin Young

💬 I also have this problem- did you ever figure it out?
May 27, 2015 by bethwshaw

💬 Any of you guys had any luck? I have the exact same problem
Jul 18, 2015 by gerardrafael

💬 I called them about it and they said I need a new robot. They will sell you just the robot part for $199 and you use your own charger & battery and maybe a couple of the other parts
Jul 19, 2015 by bethwshaw

💬 I had same problem and ordered a new wheel - still same problem. they offered to sell me the core unit for 20% off - which they said would cost around $330. I declined and returning part. We haven't used it on a daily bases so would have thought it would last longer than a year or so. :-(
Oct 27, 2017 by heidihohl

➕ SHOW 9 MORE COMMENTS



## Roomba

Repair guides and support for the autonomous Roomba vacuum cleaning robots by iRobot.

242 Questions          View all ›

 Add a comment



**Make a Repair Resolution**
Join over 20,000 fixers in promising to fix more and buy less.

Take the Pledge

## 4 ANSWERS

Filter by:   Most Helpful   Newest   Oldest

MOST HELPFUL ANSWER                                          ▾ OPTIONS

**Kevin**
@roombarescue

Rep: 25

⚫ 1

POSTED: APR 21, 2018

This is what is known as an H-Bridge driver circuit problem. It is an issue on the main circuit board. It can be fixed but only by somebody with advanced circuit repair knowledge. Replacement of the main circuit board is what I do to fix them. While relatively complex, it isn't outside the realm of a reasonably competent DIYer. Of you can send your bot to a robot repair company. Boards are available on EBay.

Was this answer helpful?    | YES | NO |    SCORE
                                               2

💬 Add a comment

                                                            ▾ OPTIONS

**Michael Goshorn**

Rep: 13

⚫ 1

POSTED: OCT 22, 2020

If you notice that the wheel turns freely when removed, but immediately has resistance when installed then this is an issue with the computer circuit. Possibly it got wet, and a line on the board shorted it out. if replacing the wheel module did not fix the issue, then you need to get a new computer circuit board. unfortunately, the last I checked you can't buy the circuit board separately, but have to buy a whole new roomba minus the battery. last I checked they were selling the roomba sans battery for about $500. if you are lucky you might be able to find a board on ebay or some other outlet.

Was this answer helpful?    | YES | NO |    SCORE
                                               1

💬 Add a comment

POSTED: DEC 2, 2015

I believe it is a loose connection of solder point near the plug. I used electric cleaner from radio shack and it worked again for a few seconds and then stopped. Need to figure out how to get into this area of the Roomba. Watching Youtube for the answer. Looks like the area is plastic welded shut. Either way I'll get inside for a visual inspection.

**Don Henry**

Rep: 1

Was this answer helpful?   | YES | NO |          SCORE
                                                 0

💬 Add a comment

---

POSTED: APR 6, 2020                                                    ▾ OPTIONS

I ahve tried everything for error 5 on roomba 805. Took all wheels or cleaned and reset battery ... The wheel runs perfect out of the housing once in lock up again. How can I resolve this

Aaron Marquez / aaron.sleep@gmail.com

**Aaron Marquez**

Rep: 1

Was this answer helpful?   | YES | NO |          SCORE
                                                 0

💬 Add a comment

---

# Add your answer

✏️ Chris will be eternally grateful.

| Preview my answer |   | Post my answer |

---

📊 View Statistics:    Past 24 Hours: 3    Past 7 Days: 37    Past 30 Days: 150    All Time: 10,493