# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Thomas W. Toolis

                      Plaintiff,

v.                                               Case No.: 1:22−cv−01290
                                                     Honorable Martha M. Pacold

iRobot Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Notice of Dismissal [12] filed by plaintiff on 6/20/22, this case is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.